## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Brian Martinotti |
| | : | |
| v. | : | |
| | : | Crim. No. 25-039 |
| ALTON DURHAM | : | |

### ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of the United States (Eli Jacobs, Assistant United States Attorney, appearing) and defendant Alton Durham (Charles B. McKenna, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to the continuance and waived such right, and this being the third request for a post-indictment continuance in this matter by party consent, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Taking into account the exercise of diligence, the facts of this case require that defense counsel and the United States be permitted a reasonable amount of additional time for effective preparation in this matter;

(2) The Court has scheduled a hearing on September 15, 2025, for Durham's motion to suppress;

(3) The defendant has consented to the referenced continuance;

(4) The continuance will likely conserve judicial resources; and

(5) As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS, therefore, on this 21st day of August, 2025, ORDERED that:

(1) This action is continued under the Speedy Trial Act from the date this Order is signed through and including **September 30, 2025**; and

(2) The period from the date this Order is signed through and including **September 30, 2025** shall be excludable in computing time under the Speedy Trial Act of 1974.

*Brian R. Martinotti*
THE HON. BRIAN MARTINOTTI
United States District Judge

Consented and Agreed to by:

*/s/ Eli Jacobs*
Eli Jacobs
Assistant U.S. Attorney

*/s/ Jake Nasar*
Jake Nasar
Assistant U.S. Attorney

*/s/ Charles B. McKenna (EJ)*
Charles B. McKenna, Esq.
Counsel for Defendant Alton Durham

2