UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
UNITED STATES v. ALTON DURHAM

Alton Durham: FBI No: 55VXRXCP1

---

## PETITION FOR WRIT OF HABEAS CORPUS

Durham is now confined at Bergen County Correctional Facility.

Said individuals will be required to appear, before the the Hon. Brian Martinotti in Newark on Wednesday, October 15, 2025 at 9am for a suppression hearing. A Writ of Habeas Corpus should be issued for that purpose.

DATED: October 1, 2025

/s/ Jake A. Nasar

JAKE A. NASAR
ASSISTANT U.S. ATTORNEY

---

### ORDER

Let the Writ Issue.

DATED: October 1, 2025

HONORABLE BRIAN MARTINOTTI
UNITED STATES DISTRICT JUDGE

---

### WRIT OF HABEAS CORPUS

The United States of America to the Bergen County Correctional Facility

WE COMMAND YOU that you have the body of

**Alton Durham**

now confined at the Bergen County Correctional Facility, be brought before the **the Hon. Brian Martinotti in Newark on October 15, 2025 at 9am for a suppression hearing** in the above-captioned matter.

WITNESS   the Honorable Brian Martinotti
United States District Judge
Newark, New Jersey

DATED: October 1, 2025

MELISSA E. RHOADS
Clerk of the U.S. District Court for the
District of New Jersey

Per: _____
Clerk