**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**UNITED STATES v. ALTON DURHAM**

**Alton Durham: FBI No: 55VXRXCP1**

---

## PETITION FOR WRIT OF HABEAS CORPUS

Durham is now confined at Bergen County Correctional Facility.

**Said individual will be required to appear, before the the Hon. Brian Martinotti in Newark on Monday, September 14, 2026, at 11:30am for a hearing. A Writ of Habeas Corpus should be issued for that purpose.**

DATED: September 8, 2026

/s/ Jake A. Nasar

JAKE A. NASAR
ASSISTANT U.S. ATTORNEY

---

## ORDER

Let the Writ Issue.

DATED: September 8, 2026

HONORABLE BRIAN MARTINOTTI
UNITED STATES DISTRICT JUDGE

---

## WRIT OF HABEAS CORPUS

The United States of America to the Bergen County Correctional Facility

WE COMMAND YOU that you have the body of

**Alton Durham**

now confined at the Bergen County Correctional Facility, be brought before the **the Hon. Brian Martinotti in Newark on September 14, 2026 at 11:30am for a hearing** in the above-captioned matter.

WITNESS the Honorable Brian Martinotti
United States District Judge
Newark, New Jersey

DATED: September 8, 2026

MELISSA E. RHOADS
Clerk of the U.S. District Court for the
District of New Jersey

Per:
Clerk